Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19−31947−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Letitia A. Rodriguez
    109 Chestnut Avenue
    Cape May Court House, NJ 08210
Social Security No.:
    xxx−xx−1042
Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

        NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                    January 19, 2024
Time:                    09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*27* – Certification in Opposition to (related document:26 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 11/17/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Brian S. Thomas on behalf of Letitia A. Rodriguez. (Thomas, Brian)

and transact such other business as may properly come before the meeting.


Dated: November 9, 2023
JAN: lgr


                                        Jeanne Naughton
                                        Clerk