Form 173 − hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−31947−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Letitia A. Rodriguez
   109 Chestnut Avenue
   Cape May Court House, NJ 08210

Social Security No.:
   xxx−xx−1042

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B.
Altenburg Jr. on

Date:              January 19, 2024
Time:               09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden,
NJ 08101−2067

to consider and act upon the following:

*27* − Certification in Opposition to (related document:26 Certification of Default of Standing Trustee. re: Debtors
failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 11/17/2023. (Attachments:
# 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Brian S.
Thomas on behalf of Letitia A. Rodriguez. (Thomas, Brian)

and transact such other business as may properly come before the meeting.

Dated: November 9, 2023
JAN: lgr

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-31947-ABA

Letitia A. Rodriguez                                                                   Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                  Page 1 of 2

Date Rcvd: Nov 09, 2023                      Form ID: 173                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

**Recip ID                    Recipient Name and Address**
db                       +  Letitia A. Rodriguez, 109 Chestnut Avenue, Cape May Court House, NJ 08210-2620

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:**

**Name**                           **Email Address**

Andrew B Finberg
                ecfmail@standingtrustee.com

Andrew B Finberg
                on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com

Brian S. Thomas
                on behalf of Debtor Letitia A. Rodriguez brian@brianthomaslaw.com

Denise E. Carlon
                on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com,
                bkgroup@kmllawgroup.com

Rebecca K. McDowell
                on behalf of Creditor Grassy Sprain Group  Inc. rmcdowell@slgcollect.com, anovoa@slgcollect.com

U.S. Trustee

District/off: 0312-1                                User: admin                                      Page 2 of 2
Date Rcvd: Nov 09, 2023                            Form ID: 173                                   Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6