| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Letitia A. Rodriguez** | Social Security number or ITIN  xxx–xx–1042 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–31947–ABA | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Letitia A. Rodriguez

2/5/25

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 19-31947-ABA

Letitia A. Rodriguez                                                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2025 | Form ID: 3180W | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Letitia A. Rodriguez, 109 Chestnut Avenue, Cape May Court House, NJ 08210-2620 |
| cr | + | Grassy Sprain Group, Inc., c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 518581582 | + | Avant, 22 North Lasalle, Suite 170, Chicago, IL 60602 |
| 518581585 | | Celtic Bank, 4450 New Linden Hill Road, Wilmington, DE 19808 |
| 518591687 | +++ | Grassy Sprain Group, Inc., c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 518581597 | | Merrick Bank, PO Box 9201, Oklahoma City, NY 11801 |
| 518602279 | + | PNC Mortgage, Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518581598 | + | PNC National Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4704 |
| 518581600 | + | Randolph Walzer & Associates, PO Box 1234, Jackson, NJ 08527-0259 |
| 518686925 | + | TD Bank N.A, Janelly Landa Esq, 30 Montgomery Street Suite 1205, Jersey City NJ 07302-3835 |
| 518685577 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 05 2025 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 05 2025 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518581583 | | EDI: CAPITALONE.COM | Feb 06 2025 01:32:00 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 518612447 | + | EDI: AIS.COM | Feb 06 2025 01:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518612462 | + | EDI: AIS.COM | Feb 06 2025 01:33:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518674676 | | EDI: CITICORP | Feb 06 2025 01:32:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518581586 | + | EDI: WFNNB.COM | Feb 06 2025 01:32:00 | Comenity Bank - Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 518581587 | + | EDI: WFNNB.COM | Feb 06 2025 01:32:00 | Comenity Bank - Wayfair Card, PO Box 182272, Columbus, OH 43218-2272 |
| 518581588 | + | EDI: WFNNB.COM | Feb 06 2025 01:32:00 | Comenity Capital Bank/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 518581589 | + | EDI: WFNNB.COM | Feb 06 2025 01:32:00 | Comenity Capital Bank/Games Stop, PO Box |

District/off: 0312-1 | User: admin | Page 2 of 4
Date Rcvd: Feb 05, 2025 | Form ID: 3180W | Total Noticed: 53

| | | | | |
|---|---|---|---|---|
| | | | | 182120, Columbus, OH 43218-2120 |
| 518581590 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 05 2025 20:43:43 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518604296 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2025 20:57:31 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 518581611 | | Email/PDF: DellBKNotifications@resurgent.com | Feb 05 2025 20:58:00 | Webbank/DFS, 1 Dell Way, Round Rock, TX 78682 |
| 518581591 | + | EDI: MAXMSAIDV | Feb 06 2025 01:32:00 | Dept of Education/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518581584 | | Email/Text: BNSFS@capitalsvcs.com | Feb 05 2025 20:46:00 | CCS/First Savings Bank, 500 East 60th Street North, Sioux Falls, SD 57104 |
| 518581592 | + | EDI: AMINFOFP.COM | Feb 06 2025 01:33:00 | First Premier, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4824 |
| 518581593 | + | EDI: CITICORP | Feb 06 2025 01:32:00 | Goodyear, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518675000 | | EDI: JEFFERSONCAP.COM | Feb 06 2025 01:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518581594 | | EDI: JPMORGANCHASE | Feb 06 2025 01:32:00 | JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 518615743 | + | Email/Text: RASEBN@raslg.com | Feb 05 2025 20:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518675578 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2025 20:44:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518581595 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 05 2025 20:46:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518581596 | + | Email/Text: Mercury@ebn.phinsolutions.com | Feb 05 2025 20:46:00 | Mercury Card, 2220 6th Street, Brookings, SD 57006-2403 |
| 518681424 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2025 20:46:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518638396 | | EDI: PRA.COM | Feb 06 2025 01:32:00 | Portfolio Recovery Associates, LLC, c/o General Motors, POB 41067, Norfolk VA 23541 |
| 518671945 | + | EDI: JEFFERSONCAP.COM | Feb 06 2025 01:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518674677 | | EDI: Q3G.COM | Feb 06 2025 01:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518674679 | | EDI: Q3G.COM | Feb 06 2025 01:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518659918 | | EDI: Q3G.COM | Feb 06 2025 01:32:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520035858 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2025 20:44:20 | Resurgent Receivables LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587, Resurgent Receivables LLC 29603-0587 |
| 520035857 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2025 20:57:10 | Resurgent Receivables LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |
| 518581602 | + | EDI: CITICORP | Feb 06 2025 01:32:00 | Sears, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 518581603 | + | EDI: SYNC | Feb 06 2025 01:32:00 | Syncb/Amazon, PO Box 965015, Orlando, FL |

District/off: 0312-1 | User: admin | Page 3 of 4
Date Rcvd: Feb 05, 2025 | Form ID: 3180W | Total Noticed: 53

| | | | |
|---|---|---|---|
| | | | 32896-5015 |
| 518581604 | + EDI: SYNC | | |
| | | Feb 06 2025 01:32:00 | Syncb/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 518581605 | + EDI: SYNC | | |
| | | Feb 06 2025 01:32:00 | Syncb/Toysrus, PO Box 965005, Orlando, FL 32896-5005 |
| 518584492 | ^ MEBN | | |
| | | Feb 05 2025 20:42:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518581606 | + EDI: SYNC | | |
| | | Feb 06 2025 01:32:00 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 518581608 | + EDI: PHINGENESIS | | |
| | | Feb 06 2025 01:33:00 | TBOM - Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 518581609 | EDI: TDBANKNORTH.COM | | |
| | | Feb 06 2025 01:33:00 | TD Bank, 32 Chestnut Street, Lewiston, ME 04240 |
| 518679463 | + Email/Text: bncmail@w-legal.com | | |
| | | Feb 05 2025 20:47:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518581610 | + EDI: WTRRNBANK.COM | | |
| | | Feb 06 2025 01:32:00 | TD Bank/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 518657015 | + EDI: AIS.COM | | |
| | | Feb 06 2025 01:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518581599 | | property insurance |
| 518581607 | | tax collector |
| 518661922 | *+ | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 518581601 | ##+ | Saldutti Law Group, 800 North Kings Highway, Cherry Hill, NJ 08034-1511 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2025 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | |
| | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |

Andrew B Finberg

on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Brian S. Thomas

on behalf of Debtor Letitia A. Rodriguez brian@brianthomaslaw.com

Denise E. Carlon

on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com,
bkgroup@kmllawgroup.com

Rebecca K. McDowell

on behalf of Creditor Grassy Sprain Group  Inc. rmcdowell@slgcollect.com, anovoa@slgcollect.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6